# United States Court of Appeals
# for the Fifth Circuit

———————

No. 25-60154
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

September 26, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JULIE MICHELLE GLASS,

*Defendant—Appellant*.

—————————————————

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 1:15-CR-12-2

—————————————————

Before RICHMAN, SOUTHWICK, and WILLETT, *Circuit Judges*.

PER CURIAM:*

The Federal Public Defender appointed to represent Julie Michelle Glass has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Glass has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

———————————————

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-60154

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.